**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

GABRIEL CONKEY

Petitioner, : Case No. 2:26-cv-081

- vs - District Judge Michael H. Watson
Magistrate Judge Michael R. Merz

WARDEN,
Chillicothe Correctional Institution,

:

Respondent.

# REPORT AND RECOMMENDATIONS

This habeas corpus case under 28 U.S.C. § 2254 is before the Court on Respondent's Motion to Dismiss for Lack of Jurisdiction (ECF No. 10). The Magistrate Judge reference in the case has recently been transferred to the undersigned to help balance the Magistrate Judge workload in the District (ECF No. 11).

Respondent filed the Motion and served it by mail on April 3, 2026. Under S. D. Ohio Civ. R. 7.2, Petitioner's opposition was required to be served by April 27, 2026 (twenty-one days under that Rule plus three days because of service by mail under Fed.R.Civ.P. 6). Petitioner, however has not responded in any way to the Motion.

As Respondent points out, a district court may not consider the merits of any habeas corpus petition until a petitioner has exhausted the remedies available to him or her under state law. Petitioner had, at the time the Motion was filed, several remedies to exhaust. Thus Respondent's

motion is well taken.

Dismissal without prejudice will allow Petitioner to re-file here after exhaustion without having to obtain permission from the Sixth Circuit for a second or successive petition.

**Conclusion**

Based on the foregoing analysis, the Magistrate Judge respectfully recommends the Petition herein be dismissed for lack of exhaustion without prejudice to re-filing after state court remedies are exhausted. Because reasonable jurists would not disagree with this conclusion, it is also recommended that Petitioner be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

September 28, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. #