**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Gabriel Conkey,**

**Petitioner,**

**v.**

**Warden, Chillicothe Correctional Institution,**

**Respondent.**

**Case No. 2:26-cv-81**

**Judge Michael H. Watson**

**Magistrate Judge Merz**

## ORDER

Gabriel Conkey ("Petitioner"), a state prisoner proceeding without the assistance of counsel, petitions for a writ of habeas corpus ("Petition"). Petition, ECF No. 1.

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court dismiss the Petition for failure to exhaust state-court remedies. R&R, ECF No. 12. The R&R notified Petitioner of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 2.

The time for objecting has passed, and Petitioner did not object. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** the Petition **WITHOUT PREJUDICE to re-filing** after state-court remedies are exhausted.

Here, reasonable jurists would not find the Court's procedural ruling debatable, so the Court **DECLINES** to issue a certificate of appealability.

Finally, the Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and **DENIES** Petitioner the right to appeal in forma pauperis.

The Clerk shall enter a judgment in favor of Respondent and terminate this case.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**